IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEMETRIUS L. COMBS ,

Defendant.                                    No. 13-30018-DRH

ORDER

HERNDON, Chief Judge:

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for defendant Combs, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Combs (Doc. 19).   Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on March 28, 2013 (Doc. 18).   During the change of plea, defendant Combs pled guilty to the Indictment, making and subscribing a false 2010 Federal Income Tax Return, following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Combs' plea of guilty (Doc. 22).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections.   As of this date, neither party has filed an objection.   Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Combs*, that defendant Combs was fully competent and capable of entering an informed plea, that defendant Combs was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Combs **GUILTY** on the charge in the Indictment. The Court **REMINDS** the parties that this matter for sentencing on July 12, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 16th day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.16
10:04:56 -05'00'

**Chief Judge**
**United States District Court**